USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

United States of America

V.

Docket Number: 16-CR-670

Vetthya Alcius

------------------------------------------------X

## ORDER

This Cause having been heard before me after all parties appeared before the Court for a judicial compliance status conference on December 4, 2019.

IT IS HEREBY ORDERED for a period of six (6) months, the defendant shall reside in a Residential Re-Entry Center (RRC) approved by the Probation Department. While in the RRC, the defendant shall adhere to all rules and conditions established by the RRC. The payment of subsistence costs shall be waived.

_____
UNITED STATES DISTRICT JUDGE

12-5-19
DATE