```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

VETTHYA ALCIUS,

                    Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 640 (KMW)
16 CR 670 (KMW)

KIMBA M. WOOD, District Judge:

    The defendant is incarcerated at the Metropolitan Detention Center, which conducts remote proceedings on Tuesdays and Thursdays only. Sentencing for this defendant, currently scheduled for May 5, 2021, is adjourned to May 13, 2021, at 11:00 a.m. The Court will also request an alternate date of May 11, 2021, at 9:00 a.m. The parties shall reserve both dates.

    SO ORDERED.

Dated: New York, New York
         April 19, 2021

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE